Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| Hamilton Select Insurance Inc. | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case Number:** 24-1511 |
| | ) | |
| Lamoine Group LLC and Bradley Rebman, | ) | |
| | ) | |
| **Defendants,** | ) | |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**    This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Hamilton Select Insurance Inc.'s action against Defendants Lamoine Group LLC and Bradley Rebman is DISMISSED without prejudice.

**Dated:**    5/7/25

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court